# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Mary George  
Probation Officer: Darren Streich

Date:  October 29, 2014

Criminal Action No.: 13-cr-00193-JLK-1

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    EVA MELISSA SUGAR,

    Defendant.

*Counsel:*

Anna K. Edgar  
Matthew T. Kirsch

Matthew K. Belcher  
Timothy P. O'Hara

## SENTENCING MINUTES

**10:10 a.m.**    **Court in session.**

Court calls case.  Appearances of counsel.  Defendant present on bond.

**Change of Plea Hearing: August 5, 2014.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

Preliminary remarks by the Court.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:**  Motion For Offense Level Reduction Pursuant To U.S.S.G. § 3E1.1(b) [Filed 10/14/14; Doc. No. 96] is GRANTED.

*13-cr-00193-JLK-1*
*Sentencing*
*October 29, 2014*

**ORDERED:** Government's Motion To Dismiss Counts 2, 3, and 5 As To Defendant Eva Melissa Sugar (Filed 10/14/14; Doc. No. 97) is GRANTED.

**ORDERED:** Defendant's Motion For A Non-Guideline Sentence Pursuant To 18 U.S.C. § 3553(A) [Filed 10/15/14; Doc. No. 98] is GRANTED in PART, and DENIED in PART, as specified.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **18 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years**.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.

**Special conditions of supervised release:**
- (X) Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall pay the cost of the treatment as directed by the probation officer.
- (X) The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment.

*13-cr-00193-JLK-1*
*Sentencing*
*October 29, 2014*

    (X)    All employment for the Defendant shall be approved in advance by the supervising probation officer and the defendant shall not engage in any business activity unless approved by the probation officer.  All approved business activity must operate under a formal registered entity and the defendant shall provide the probation officer with the business entity and their registered agents.  The Defendant shall maintain business records for any approved business activity and provide all documentation and records as requested by the probation officer.

    (X)    Defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service of the United States regarding federal and state income taxes.  This includes resolution of any tax arrearages as well as continued compliance to federal and state laws regarding the filing of taxes.

**FINE:**
Defendant shall pay a fine of $5000.00.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  Court finds the defendant is not likely to flee or pose a danger to the safety of any other person or the community.

**ORDERED:**  Defendant shall surrender to the facility designated by the United States Bureau of Prisons or to the U.S. Marshal within 15 days of the date of designation.

**ORDERED:**  Bond is continued thru date of surrender.

**10:45 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 35 minutes.