IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00193-JLK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EVA MELISSA SUGAR

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

      IT IS ORDERED that Defendant, EVA MELISSA SUGAR, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to Federal Medical Center (FMC) Carswell SCP, Naval Air Station J St Bldg 3000, Fort Worth, Texas, on November 26, 2014 by 12:00 noon, and will travel at her own expense.

      DATED at Denver, Colorado, this 17th day of November 2014.

                        BY THE COURT:

                        **s/John L. Kane**
                        SENIOR U.S. DISTRICT JUDGE